UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for Mill City Mortgage Loan Trust 2017-3, U.S. Bank
National Association as Indenture Trustee

In Re:

Fernando L. Sanchez

                    Debtor(s).

Case No: <u>26-17543 JKS</u>

Chapter: <u>13</u>

Judge: <u>John K. Sherwood</u>

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Mill City Mortgage Loan Trust 2017-3, U.S. Bank National Association as Indenture Trustee.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 07/07/2026

/s/ *Matthew Fissel*

Matthew Fissel
07 Jul 2026, 11:28:43, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 4a0c97a027e117d413f43c38b7c06328e41b03bac490e67913462f22b927a858