Certificate Number: 05781-NJ-DE-041208428

Bankruptcy Case Number: 26-17543



05781-NJ-DE-041208428

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2026, at 9:08 o'clock AM PDT, Fernando Sanchez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 15, 2026              By:     /s/Allison M Geving

Name:   Allison M Geving

Title:   President