**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on September 11, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:
FERNANDO L. SANCHEZ

**Case No.: 26-17543**

**Hearing Date: 09/10/2026**

**Judge: TBA**

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 11, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): FERNANDO L. SANCHEZ

Case No.: 26-17543TBA

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/10/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/10/2026 of the plan filed on 06/30/2026, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/24/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.